UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY LEE HILL,<br><br>            Plaintiff,<br><br>      vs.<br><br>CDCR, et al.,<br><br>            Defendants. | 1:14-cv-00002-LJO-GSA-PC<br><br>ORDER DENYING REQUEST FOR FREE COPY OF FIRST AMENDED COMPLAINT<br>(Doc. 13.) |

**I.      BACKGROUND**

Tony Lee Hill ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on January 2, 2014. (Doc. 1.) On January 21, 2014, Plaintiff filed the First Amended Complaint. (Doc. 14.)

On January 21, 2014, Plaintiff filed a request for the court to send him a copy of his First Amended Complaint. (Doc. 13.)

**II.     COPIES OF CASE DOCUMENTS**

Plaintiff is advised that the Clerk does not ordinarily provide free copies of case documents to parties. The Clerk charges $.50 per page for copies of documents. See 28 U.S.C. § 1914(a). Copies of up to twenty pages may be made by the Clerk's Office at this Court upon written request and prepayment of the copy fees. The fact that the Court has granted leave for

1

Plaintiff to proceed in forma pauperis does not entitled him to free copies of documents from the Court.  Under 28 U.S.C. § 2250, the Clerk is not required to furnish copies without cost to an indigent petitioner except by order of the judge.

Plaintiff has requested the court to act as a copying service for him.  Plaintiff has not shown good cause for the court to send him a free copy of his First Amended Complaint.  The First Amended Complaint is thirteen pages long.  To request a copy at this juncture, Plaintiff must submit a request in writing to the Clerk, a large self-addressed envelope affixed with sufficient postage, and prepayment of copy costs to the Clerk.  Plaintiff is advised that in the future, he should keep a copy of any document he submits to the Court.  Based on the foregoing, this request shall be denied.

**III.    CONCLUSION**

Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for a free copy of his First Amended Complaint is DENIED.

IT IS SO ORDERED.

Dated:   **January 22, 2014**                              **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE