UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY LEE HILL,<br><br>            Plaintiff,<br><br>     vs.<br><br>CDCR, et al.,<br><br>            Defendants. | 1:14-cv-00002-LJO-GSA-PC<br><br>ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY FILING FEE<br><br>ORDER FOR CLERK TO CLOSE CASE |

   Tony Lee Hill ("Plaintiff") is a state prisoner, proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on January 2, 2014.  (Doc. 1.)

   On March 6, 2014, the court issued an order revoking Plaintiff's in forma pauperis status under 28 U.S.C. § 1915(g) and ordering Plaintiff to pay the $400.00 filing fee in full for this action within thirty days.  (Doc. 26.)  Plaintiff was forewarned in the court's order that his failure to pay the filing fee would result in the dismissal of this case.  (Id. at 3 ¶4.)  The thirty day time period for Plaintiff to pay the filing fee has expired, and Plaintiff has not paid the filing fee.

   Accordingly, IT IS HEREBY ORDERED that:

   1.   This action is DISMISSED, without prejudice, for Plaintiff's failure to pay the $400.00 filing fee pursuant to the court's order of March 6, 2014;

2. All pending motions are DENIED as moot; and

3. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:  **April 11, 2014**              **/s/ Lawrence J. O'Neill**
                                     UNITED STATES DISTRICT JUDGE